November 22, 1967

DAVID W. HEER, Doing Business as DAVID W. HEER REALTY, Respondent, v. COLONIE CONSTRUCTION CORP., Defendant-Appellant and Third-Party Plaintiff-Appellant. HAROLD L. ERO et al., Third-Party Defendants-Respondents.— AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Aulisi, J.